PD-0487&0488-15

No 01-14-00513-CR
IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

Aaron Charles Burton

V.

The State of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 08 2015
Abel Acosta, Clerk

From Appeal No. 01-14-00513 CR
01-14-00514 CR
TRIAL Cause No. 1330898
1330899

FILED IN
COURT OF CRIMINAL APPEALS
SEP 17 2015
Abel Acosta, Clerk

## MOTION FOR EXTENSION to File for REHEARING

TO The HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes Now Aaron Charles Burton Petitioner and files this Motion for Extension to File for REHEARING. IN support of this Motion appellant shows the Court the following:

### I

The Petitioner was convicted in the 351 District Court of HARRIS County. Texas of the offense of Evadding Arrest with A Motor Vehicle and Possesion of A Controlled Substance in Cause No. 1330898 And 1330899, Styled STATE OF TEXAS V6 Aaron Charles Burton. The Petitioner Appealed to the Court of Appeals 1st Supreme Judicial District. The case was Affirmed on April 9, 2015.

## II

The present deadline for filling the Motion has come. The petitioner has requested no prior extension prior to this **request**.

## III

Petitioner's Request for An extension is based upon the following facts: Petitioner was being transfered from the Holiday Unit on July 6, 2015 to the Byrd Unit where I stayed until July 14, 2015 then was transfered to Robinson Unit July 15, 2015 And transfered to the Roach Unit on July 16, 2015. Petitioner was not informed of the decision of the Court of Appeal in Affirming his case until May 10, 2015. Since that time Petitioner has been Attempting to prepare A pro se in this Matter. Petitioner has had A lack of research due to the insufficient Law Library And the sudden changes of the different Units.

WHEREFORE. Petitioner prays this Court to grant this motion And extends the deadline for filing the Request for Rehearing in Case No 01-14-00513 And 01-14-00514 CR

Aaron Charles Burton
Petitioner, Pro se
Texas Department of
Criminal. Justice
Roach Unit
TDCJ- ID # 1935407
15845 FM 164
Childress Texas 79201

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Second Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S Mail postage prepaid first class, to the Attorney for State Sarah Roberts, at Harris County and to the STATE Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 08 day of August 2015

Aaron Charles Burton
Petitioner, pro se

I Aaron Charles Burton, TDCJ# 1935407, being presently ~~incarcerated~~ incarcerated in the Roach Unit of the Department of Criminal Justice in Childress Texas verify and declare under Penalty of Perjury that the foregoing statements are true and correct. Executed on this the 08 day of August 2015.

Aaron Charles Burton
#1935407

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing first Motion for Extension for ~~Rehearing~~ Time to File for Rehearing, has been Forwarded by US Mail postage prepaid first class, to the Attorney for State Sarah Roberts, At Harris County and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 2. day of September 2015

Aaron Charles Burton
Petitioner, PRO SC

I AARON CHARLES BURTON, TDCJ # 1935407 being presently incarcerated in the Roach Unit of the Department of Criminal Justice in Childress Texas verify and declare Are under penalty of perjury that the foregoing statements Are true And correct. Executed on this ~~this~~ the 2 day of September 2015.

Aaron Charles Burton
1935407